# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

142425 & (32)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

EDWARD GLADSTON ROSARIO
PRAGASAM,
        Plaintiff-Appellant,

v

SC: 142425
COA: 297888
Oakland CC: 2009-099928-CZ

CIENA HEALTH CARE MANAGEMENT,
SUNSHINE REHAB SERVICES, JOSEPH
METIAS, AMRIT GILL, and BENNET
SAMUEL,
        Defendants-Appellees.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 8, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

0228